UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KEYANA MCCORMICK | * | CIVIL ACTION NO. 17-10517 |
|---|---|---|
|  | * |  |
|  | * | SECTION: " F"(1) |
| VERSUS | * |  |
|  | * | JUDGE MARTIN L. C. FELDMAN |
| COMMISSIONER OF THE SOCIAL | * |  |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
|  | * | JANIS VAN MEERVELD |
| ************************************* | * |  |

## REPORT AND RECOMMENDATION

Plaintiff filed this lawsuit on October 11, 2017. The defendant filed an Answer on January 3, 2018. The Court issued an order on January 4, 2018, requiring that the Plaintiff file a motion for summary judgment in support of her case on or before February 15, 2018. Plaintiff failed to file a motion for summary judgment by that date. On February 22, 2018, this case was set for the Court's Call Docket on March 21, 2018, and Plaintiff was ordered to appear in person and show cause why her lawsuit should not be dismissed for failure to prosecute.

Plaintiff did not appear for the Call Docket on March 21, 2018. She has not filed a motion for summary judgment or requested additional time to do so. Accordingly,

IT IS RECOMMENDED that Plaintiff's Complaint be dismissed without prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will

result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

    New Orleans, Louisiana, this 27th day of March, 2018.

                                                                                             Janis van Meerveld
                                             United States Magistrate Judge