UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEYANA MCCORMICK | CIVIL ACTION NO. 17-10517 |
| | |
| | SECTION: " F"(1) |
| VERSUS | |
| | JUDGE MARTIN L. C. FELDMAN |
| COMMISSIONER OF THE SOCIAL | |
| SECURITY ADMINISTRATION | MAGISTRATE JUDGE |
| | JANIS VAN MEERVELD |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Plaintiff's Complaint is dismissed without prejudice.

New Orleans, Louisiana, this 19th day of April, 2018.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE